UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE BLACK,

        Plaintiff,

vs.

O'BRIEN, WEXLER AND ASSOC., LLC,

        Defendants.

_____/

Case No. 12-CV-13130

HON. GEORGE CARAM STEEH

ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT

This matter is before the court on plaintiff Lawrence Black's motion for entry of default judgment on his complaint brought pursuant to the Fair Debt Collection Practices Act. Plaintiff filed his complaint on July 17, 2012, and service was effectuated on defendant's resident agent on August 3, 2012. Defendant did not answer the complaint, and plaintiff requested clerk's entry of default, which was entered on September 26, 2012. In his motion for entry of default judgment, plaintiff seeks to recover $1,000.00 in statutory damages, plus attorney fees of $2,500.00 and court costs of $425.00. The court has reviewed all of the pleadings submitted in this matter, including the affidavit of plaintiff's counsel Ronald S. Weiss. Now, therefore,

All criteria are met under Fed. R. Civ. Pro. 55(b). The Court will enter default judgment in the amount of $1,000.00 statutory damages pursuant to 15 U.S.C. § 1692k(a)(2)(A). The Court will also award attorney fees in the amount of $2,000.00, which is in line with the amount of work plaintiff's counsel performed in ths case. Court costs of $425.00 are also awarded in this case.

IT IS HEREBY ORDERED that plaintiff's motion for entry of default judgment is entered in the amount of $3,425.00, as calculated above.

It is so ordered.

Dated: December 5, 2012

                                          s/George Caram Steeh
                                          GEORGE CARAM STEEH
                                          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
December 5, 2012, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk

---