UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAWRENCE BLACK,

        Plaintiff,

Case No. 12-CV-13130

vs.

HON. GEORGE CARAM STEEH

O'BRIEN, WEXLER AND ASSOC., LLC,

        Defendants.
_____/

## J U D G M E N T

The above entitled matter has come before the court on plaintiff's motion for default judgment, and in accordance with the court's order granting that motion entered on December 5, 2012,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of plaintiff.

                              DAVID J. WEAVER
                              CLERK OF THE COURT

                              By:  Marcia Beauchemin
                                  Deputy Clerk

Dated: December 5, 2012
       Detroit, Michigan.

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on December 5, 2012, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk